[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-11068

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MARVIN HARRIS, JR.,
a.k.a. Mesh,
a.k.a. Marvin Harris,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

2                    Opinion of the Court                    22-11068

D.C. Docket No. 2:20-cr-00134-SPC-MRM-1

——————————————

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Keith W. Upson, appointed counsel for Marvin Harris, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Harris's conviction and sentence are AFFIRMED.